**00–2046. Procter & Gamble Co. v. Stoneham.**

Hamilton App. No. C–990859. On motion to hold appeal in abeyance pending consummation of settlement. Motion granted.

COOK, J., dissents.

MOYER, C.J., not participating.

**00–2191. State ex rel. Ruscilli Constr. Co. v. Indus. Comm.**

Franklin App. No. 99AP–1328. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion to consolidate this cause with Supreme Court case No. 00–1942,

IT IS ORDERED by the court that the motion to consolidate be, and hereby is, granted.

IT IS FURTHER ORDERED that the briefs filed by the parties in case No. 00–1942 shall be deemed filed in case No. 00–2191 as of the date of this entry.

*Thursday, February 22, 2001*

## MISCELLANEOUS DISMISSALS

**00–2254. Bardes v. Todd.**

Hamilton App. No. C–000055. This cause is pending before the court as a discretionary appeal. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due December 18, 2000, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, *sua sponte.*

**01–208. State ex rel. Eye–Will Dev., Inc. v. Mentor City Council.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.